1

2

3

4

5

6

7             UNITED STATES DISTRICT COURT

8             CENTRAL DISTRICT OF CALIFORNIA

9                  WESTERN DIVISION

10

11 CHRISTOPHER JON MARTINEZ,        )  No. CV 11-05383-MMM (VBK)
                                    )
12              Petitioner,          )  ORDER ACCEPTING FINDINGS AND
                                    )  RECOMMENDATIONS OF UNITED STATES
13       v.                          )  MAGISTRATE JUDGE
                                    )
14 GEORGE A. NEOTTI,                 )
                                    )
15              Respondent.          )
   _____ )
16

17      Pursuant to 28 U.S.C. §636, the Court has reviewed the Petition

18 for Writ of Habeas Corpus ("Petition"), the records and files herein,

19 and the Report and Recommendation of the United States Magistrate

20 Judge ("Report").

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

1  **IT IS ORDERED** that: (1) the Court accepts the findings and

2  recommendations of the Magistrate Judge, and (2) the Court declines to

3  issue a Certificate of Appealability ("COA").[1]

4

5  DATED:<u>September 23, 2012</u>

                                                 *Margaret M. Morrow*

6                                         MARGARET M. MORROW
                                       UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

---

15      [1]     Under 28 U.S.C. §2253(c)(2), a Certificate of Appealability may issue "only if the applicant has made a substantial showing of the

16  denial of a constitutional right."  Here, the Court has accepted the Magistrate Judge's finding and conclusion that the Petition is time-

17  barred.  Thus, the Court's determination of whether a Certificate of Appealability should issue here is governed by the Supreme Court's

18  decision in <u>Slack v. McDaniel</u>, 529 U.S. 473, 120 S. Ct. 1595 (2000), where the Supreme Court held that, "[w]hen the district court denies

19  a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a COA should issue when

20  the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of

21  a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural

22  ruling."  529 U.S. at 484.  As the Supreme Court further explained:

23       "Section 2253 mandates that both showings be made before the court of appeals may entertain the appeal.  Each component

24       of the § 2253(c) showing is part of a threshold inquiry, and a court may find that it can dispose of the application in

25       a fair and prompt manner if it proceeds first to resolve the issue whose answer is more apparent from the record and

26       arguments."  <u>Id</u>. at 485.

27       Here, the Court finds that Petitioner has failed to make the requisite showing that "jurists of reason would find it debatable

28  whether the district court was correct in its procedural ruling."